# Court of Appeals
# of the State of Georgia

ATLANTA, November 25, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0464.  BRYANT WILLIAMS v. ARMENTRESS FREDERICK-HILL.**

Armentress Frederick-Hill sued AM PM Auto Sales in magistrate court, which entered a judgment in favor of the plaintiff.  Bryant Williams, who apparently does business as AM PM Auto Sales, then filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A ruling entered in the magistrate court may only be reviewed in the state court or in the superior court as provided under OCGA § 15-10-41.  *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991).  The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere."  See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII.  Accordingly, this appeal is hereby TRANSFERRED to the Superior Court of Fulton County for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/25/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.